COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number: 01-16-00986-CR & 01-16-00987-CR

Style: Virgil James Lackey

**v** State of Texas

Date motion filed*: December 8, 2017

Type of motion: Motion to Withdraw as Counsel

Party filing motion: Lana Gordon

Document to be filed:

Is appeal accelerated? No

If motion to extend time:

Original due date:

Number of previous extensions granted: 0 Current Due date:

Date Requested:

Ordered that motion is:

☐Granted

    If document is to be filed, document due:

    ☐ The Court will not grant additional motions to extend time

☒Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐Other: _____

**Lana Gordon's motion to withdraw as counsel for appellant is denied for failure to comply with Texas Rule of Appellate Procedure 6.5 and 48.4.** *See* TEX. R. APP. P. 6.5, 48.4.

Judge's signature: /s/ Sherry Radack
☒ Acting individually ☐ Acting for the Court

Panel consists of _____

Date: December 21, 2017